UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PLAINTIFF,

TRICIA MARIE MYERS,  Civil No. 24-1395(JRT/LIB)

Plaintiff,

v.  **ORDER**

ITASCA COUNTY HRA, DIANE LARSON,
CARRIE SCHMITZ, and KENDA
RODDENBERG,

Defendants.

Tricia Marie Myers, 414 West First Street, Duluth, MN 55802, *pro se* Plaintiff.

Mary G. Dobbins, **LANDRUM DOBBINS LLC**, 7400 Metro Boulevard, Suite 100, Edina, MN 55439, for Defendant.

On August 19, 2025, the Court granted summary judgment to Defendants. (Order, August 19, 2025, Docket No. 68.) Plaintiff Tricia Marie Myers' Motion appealed the order on October 14, 2025. (Docket No. 77.) On December 4, 2025, the Court issued an order denying Myers' motion to vacate the summary judgment order, granting Myers' motion to extend time to file her notice of appeal, and granting her application to proceed in forma pauperis (IFP). (Docket No. 85.) Since filing her notice of appeal, Myers has filed three additional motions:

1. A "Motion for Sanctions, Motion to Strike Declarations and Pleadings from the Record" (December 2, 2025, Docket No. 83).

2. A second application to proceed IFP (December 18, 2025, Docket No. 88).

3. A "Motion for Indicative Ruling Under Fed. R. Civ. P. 62.1" (December 22, 2025, Docket No. 89).

The Court will deny as moot Myers' Application to Proceed In Forma Pauperis on Appeal (Docket No. 88) because the Court already granted Myers' IFP Application in its Memorandum Opinion and Order of December 4, 2025.

The Court will deny Myers' Motion for Indicative Ruling (Docket No. 89) and will defer consideration of any pending motions (including Myers' Motion for Sanctions, Motion to Strike Declarations and Pleadings from the Record (Docket No. 83)) and any future-filed motions until after Myers' Appeal is resolved.

In her Motion for Indicative Ruling, Myers indicated that she filed a "Motion for Relief from Judgment under Rule 60 [in] October 2025." The Court has no record of such a motion being filed. As noted above, the Court would, in any event, defer consideration of such a motion until after Myers' Appeal is resolved.

### ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

-3-

1. Plaintiff Tricia Marie Myers' Motion for Indicative Ruling Under Fed. R. Civ. P. 62.1 [Docket No. 89] is **DENIED**.

2. Myers' Application to Proceed In Forma Pauperis on Appeal [Docket No. 88] is **DENIED as moot**.

3. The Court will defer consideration of any pending motions and any future-filed motions until after Myers' Appeal is resolved.

DATED:  December 29, 2025
at Minneapolis, Minnesota.

                                                      JOHN R. TUNHEIM
                                       United States District Judge