**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

TRICIA MARIE MYERS,

                                                    Civil No. 24-1395 (JRT/LIB)

                          Plaintiff,

v.

                                                    **ORDER DENYING PLAINTIFF'S MOTIONS**
ITASCA COUNTY HRA, DIANE LARSON,      **FOR SANCTIONS AND TO STRIKE**
CARRIE SCHMITZ, and KENDA               **DECLARATIONS AND EXHIBITS**
RODDENBERG,

                          Defendants.

---

Tricia Marie Myers, 414 West First Street, Duluth, MN 55802, *pro se* Plaintiff.

Mary G. Dobbins, **LANDRUM DOBBINS LLC**, 7400 Metro Boulevard, Suite 100, Edina, MN 55439, for Defendants.


On August 19, 2025, the Court granted summary judgment to Defendants. (Order, August 19, 2025, Docket No. 68.) Plaintiff Tricia Myers appealed the order on October 15, 2025. (Docket No. 77.) On December 4, 2025, the Court issued an order denying Myers' motion to vacate the summary judgment order. (Docket No. 85.) On June 24, 2026, the Eighth Circuit affirmed the judgment of the Court. (*See* Docket No. 94.) On December 2, 2025, Myers filed a motion for sanctions and a motion to strike declarations and exhibits from the record. (Pl.'s Mot., Dec. 2, 2025, Docket No. 83.) The Court will deny these motions for numerous reasons.

First, the motions were untimely filed.  With respect to the motion for sanctions, the motion does not comply with Federal Rule of Civil Procedure 11(c)(2) which requires that a "motion for sanctions . . . be made separately from any other motion[.]"  Nor is there evidence sufficient to show that the declarations and exhibits were "submitted in bad faith or solely for delay[.]"  Fed. R. Civ. P. 56(h).  With respect to Myers' motion to strike, Myers provides no legitimate basis for the motion.[1]

Accordingly, Myers' motion for sanctions and her motion to strike declarations and exhibits from the record will be denied.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  Plaintiff Tricia Myers' Motion for Sanctions (Docket No. [83]) is **DENIED**.

2.  Plaintiff Tricia Myers' Motion to Strike Declarations and Exhibits from the Record (Docket No. [83]) is **DENIED**.

DATED:  August 13, 2026           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                   United States District Judge

---

[1] Although Rule 12(f) authorizes a Court to "strike from a **pleading** an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter[,]" Fed. R. Civ. P. 12(f) (emphasis added), a declaration is not a pleading, Fed. R. Civ. P. 7(a) (defining pleadings).